## 38030. In re BEAZLEY.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

Decided November 6, 1981 —
Rehearing denied November 25, 1981.

*Richard D. Phillips,* for appellant.
Bobby G. Beazley, *pro se.*
*Omer W. Franklin, Jr., General Counsel State Bar, Joe David Jackson, Assistant General Counsel State Bar,* for appellee.

## 38058. KELLER v. BERGER.

Per curiam.
Appeal dismissed for failure to comply with proper procedures under Code Ann. § 6-701.1.
*All the Justices concur.*

Decided November 13, 1981 —
Rehearing denied November 25, 1981.

*Michael N. Mantegna,* for appellant.
*Stepp & Manning, Jerry L. Stepp,* for appellee.